

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2017

No. 04-16-00778-CR

Carlos **DE LA O,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR3651
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez,
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

The en banc court has considered Appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

It is so ORDERED on February 6, 2017.

                                      PER CURIAM

ATTESTED TO: _____
               Keith E. Hottle
               Clerk of Court